# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS JOHNSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No. 1:20-CV-452-CLM |
| **CIRCLE K STORES, INC., et al.,** | } |
| **Defendant.** | } |

## ORDER

On April 22, 2020, Plaintiff Johnson filed his Motion to Remand. (Doc. 4). The Court hereby **ORDERS** Defendant Circle K Stores, Inc. to show cause in writing on or before **Thursday, May 7, 2020** why the Court should not grant Johnson's Motion. Circle K Stores, Inc.'s response shall not exceed ten (10) pages, double-spaced.

Johnson may reply on or before **Thursday, May 14, 2020**. Johnson's reply, if any, shall not exceed five (5) pages, double-spaced.

**DONE** and **ORDERED** this 23rd day of April, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE