# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **THOMAS JOHNSON,** | ) |
| **Plaintiff(s),** | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:20-cv-00452-CLM |
| **CIRCLE K STORES, INC., et al.** | ) |
| **Defendant(s).** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Virginia F. Gambacurta of the law firm Carr Allison and hereby appears as additional counsel for Defendant Circle K Stores, Inc. in the above-styled action. The undersigned respectfully requests that she be served with all process, pleadings, and orders in this case.

/s/ Virginia F. Gambacurta
GLENN E. IRELAND (ASB-458-e51g)
VIRGINIA F. GAMBACURTA (ASB-2046-i71f)
Attorneys for Defendant, Circle K Stores, Inc.

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:  (205) 822-2057
Email:  cireland@carrallison.com
          vgambacurta@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

\_\_\_\_\_ Facsimile transmission;
\_\_\_\_\_ Hand Delivery;
\_\_\_\_\_ Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to; and/or
  XX   Using the Alafile or CM/ECF system which will send notifications of such to the following:

Elizabeth Clark Bone, Esq.
950 22nd Street North, Suite 709
Birmingham, AL 35203
ecbone@outlook.com

/s/ Virginia F. Gambacurta
OF COUNSEL