# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS JOHNSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No. 1:20-CV-452-CLM |
| **CIRCLE K STORES, INC., et al.,** | } |
| **Defendant.** | } |

## ORDER

This Court held oral argument on Johnson's Motion to Remand, (Doc. 4), and Circle K Stores, Inc.'s Motion to Strike, (Doc. 9), on Wednesday, May 27, 2020. For the reasons set forth on the record, the Court **DENIES** Circle K Stores, Inc.'s Motion to Strike and **GRANTS** Johnson's Motion to Remand pursuant to 28 U.S.C. § 1447(c) and (e).

The Court notes that it makes no ruling with respect to Circle K Stores, Inc.'s arguments that Johnson's claims against Kenneth Turner are precluded by the applicable statute of limitations. Those arguments are preserved.

This action is hereby **REMANDED** to the Circuit Court of Talladega County, Alabama. The parties shall bear their own costs.

**DONE** and **ORDERED** this 29th day of May, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE